**Motion Granted in Part; Order filed May 16, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00614-CR
_____

**HERBERT GOLDSMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 1277685**

---

## ORDER

On May 13, 2013, appellant filed a motion requesting original exhibits to be filed in this court. Appellant requested State's Exhibit 278, State's Exhibit 279, State's Exhibit 278A, State's Exhibit 279A, State's Exhibit 278B, State's Exhibit 279B, State's Exhibit 278D, State's Exhibit 279D, and State's Exhibit 336A. In

reviewing the record, this court has determined that State's Exhibits 278B and 279D were not admitted into evidence. State's Exhibits 279A and 278D are in the record filed with this court. There is no reference in the record to State's Exhibit 279B. Therefore, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), it appear that the court must inspect **State's exhibit 278, a DVD, State's exhibit 278A, a DVD, and State's exhibit 336A, a DVD..**

The clerk of the 176th District Court is directed to deliver to the Clerk of this court the original of State's exhibit 278, a DVD, State's exhibit 278A, a DVD, and State's exhibit 336A, a DVD., on or before **June 13, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's exhibit 278, a DVD, State's exhibit 278A, a DVD, and State's exhibit 336A, a DVD., to the clerk of the 176th District Court.


PER CURIAM